UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHAEL DENHOLLANDER et al.,

    Plaintiffs,

Case No. 1:17-cv-305

v.

HON. JANET T. NEFF

ROSEMARIE E. AQUILINA et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that this case is DISMISSED for lack of jurisdiction.

Dated: April 14, 2017

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge